**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ERIKA POGORZELSKA,

v.

VANDERCOOK COLLEGE OF MUSIC

Case No. 19-cv-05683

Honorable Marvin E. Aspen

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the stipulation of Plaintiff Erika Pogorzelska and Defendant VanderCook College of Music (the "Parties"), the Parties having reached agreement to settle this matter, and the respective Parties being represented by counsel, and the Parties having entered into a Settlement Agreement and Release, and the Court being otherwise fully advised in the premises, IT IS HEREBY ORDERED:

All of the remaining claims of Plaintiff, Erika Pogorzelska, against Defendant, VanderCook College of Music, specifically Counts I and V of the Second Amended Complaint (Dkt. 208), are dismissed with prejudice, with the Parties to bear their own costs and attorneys' fees, and the Court to retain jurisdiction for purposes of enforcing the Settlement Agreement and Release, if necessary.

DATED: January 6, 2025

ENTERED: _____
Hon. Martin E. Aspen
U.S. District Court Judge

Respectfully Submitted,

By: /s/ *Rachel A. Katz*
*On behalf of Plaintiff*
Rachel A. Katz & Jeffrey R. Kulwin
KULWIN, MASCIOPINTO & KULWIN LLP
161 N. Clark Street, Suite 2500
Chicago, Illinois 60601
312.641.0300

Respectfully Submitted,

By: /s/ *Harry N. Arger*
*On behalf of Defendant VanderCook*
Harry N. Arger
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
312.627.2127